UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

WENDELL REYNOLDS,

                                Plaintiff,

      -against-

POLICE OFFICER JULIA NAZIM, ET AL.,

                               Defendant.
------------------------------------------------------------------------ x

**DECLARATION OF STEPHANIE MICHELLE VILELLA ALONSO**

18-CV-2771 (EK) (RML)

       **STEPHANIE MICHELLE VILELLA ALONSO**, an attorney duly admitted to practice in the State of New York, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

       1.     I am an Assistant Corporation Counsel in the Office of James Johnson, Corporation Counsel of the City of New York, attorney for Police Officer Nazim. As such, I am familiar with the facts and circumstances of this action. I make this declaration in support of defendant Police Officer Nazim's motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. In support of this motion, defendant Police Officer Nazim submits the exhibits below.

       2.     Annexed hereto as Exhibit "A" is a copy of plaintiff's Complaint, filed on May 7, 2018 in the United States District Court for the Eastern District of New York.

       3.     Annexed hereto as Exhibit "B" is a copy of defendant Police Officer Nazim's Answer to the Complaint, dated June 17, 2019.

       4.     Attached as Exhibit C is copy of the April 9, 2019 General Release signed by plaintiff in connection with his settlement of a matter before the Supreme Court of New York,

- 2 -

Bronx County, against defendant City of New York and employees of defendant City of New York.

Dated:  New York, New York
        July 8, 2020

                                            JAMES E. JOHNSON
                                            Corporation Counsel of the City of New York
                                            *Attorney for Defendant Police Officer Julia Nazim*
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 356-2318

By:  _____
            Stephanie Michelle Vilella Alonso
            *Assistant Corporation Counsel*
            Special Federal Litigation

cc:  **BY EMAIL AND FIRST-CLASS MAIL**
      Wendell Reynolds
      *Plaintiff* Pro Se
      1074 Willmohr Street
      Suite 4C
      Brooklyn, NY 11212