# **EXHIBIT C**

# GENERAL RELEASE

___Wendell Reynolds___, the plaintiff in the action entitled __Wendell Reynolds, Alexander Joseph and Mary Kaba v. The City of New York and The New York City Department of Correcti__ __Supreme__ Court, __Bronx__ County Index # __308309/11__, being over the age of eighteen (18) years and residing at __1074 Willmohr Street, Apt 4C, Brooklyn, New York 11212__, as "RELEASOR," in consideration of the payment of __Seven Thousand Five Hundred__ Dollars ($__7,500.00__), receipt whereof is hereby acknowledged, does hereby release and forever discharge the City of New York, and all past and present officers, directors, managers, administrators, employees, agents, assignees, lessees, and representatives of the City of New York, and all other individually named defendants and entities represented and/or indemnified by the City of New York, collectively the "RELEASEES", from any and all state and federal tort claims, causes of action, suits, occurrences, and damages, whatsoever, known or unknown, including but not limited to state and federal civil rights claims, actions, and damages, which RELEASOR had, now has, or hereafter can, shall, or may have, either directly or through subrogees or other third persons, against the RELEASEES for, upon or by reason of any above-stated matter, cause, or thing whatsoever that occurred through the date of this RELEASE, except as indicated below, if applicable. This RELEASE and settlement constitutes complete payment and satisfaction for all damages and injuries, including all claims for costs, expenses, attorney's fees, and disbursements.

**EXCLUSIONS** - this RELEASE does not apply to the following matters:

Case name/Court Venue/Index No. or Docket No. _____

NYC Comptroller's Office Claim No. _____

Unfiled claims – Give Location, Occurrence, and Date of Occurrence _____

**In further consideration** of the payment set forth above, RELEASOR hereby waives, releases, and forever discharges RELEASEE from any and all claims, known or unknown, past and/or future conditional payments, arising out of the RELEASOR's Medicare eligibility for and receipt of Medicare benefits related to the claimed injury in this matter, and/or arising out of the provision of primary

payment (or appropriate reimbursement), including causes of action pursuant to 42 U.S.C. section 1395y(b)(3)(A) of the Medicare, Medicaid and SCHIP Extension Act of 2007.

The words "RELEASOR" and "RELEASEE" include all releasors and all releasees under this RELEASE.

This RELEASE may not be changed orally.

THE UNDERSIGNED HAS READ THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT.

IN WITNESS WHEREOF, I have executed this Release this 9th day of April, 2019

_____ Without Prejudice, Plaintiff
W·R (Signature)

STATE OF NEW YORK: COUNTY OF ERIE : ss.:

On 9TH DAY OF APRIL 20 19, before me personally came WENDELL REYNOLDS, to me known, and known to me to be the individual described in, and who executed the foregoing GENERAL RELEASE, and duly acknowledged to me that (s)he executed the same.

_____
Frank J. Nowakowski
Notary Public



FRANK J. NOWAKOWSKI
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Erie County
01NO6386718
MY COMMISSION EXPIRES 01/28/2023

Page 2 of 2

NYC Law Department General Release (9-20-17)
#7700797v1